**NOT FOR PUBLICATION**

**FILED**

## UNITED STATES COURT OF APPEALS

JAN 26 2022

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DARRYL LEONARD SCOTT,

        Plaintiff-Appellant,

  v.

PAUL PENZONE, Sheriff at Towers,
County Jail; et al.,

        Defendants-Appellees.

No. 21-15854

D.C. No. 2:20-cv-02115-DWL-JFM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Dominic Lanza, District Judge, Presiding

Submitted January 19, 2022[**]

Before:    SILVERMAN, CLIFTON, and HURWITZ, Circuit Judges.

    Darryl Leonard Scott appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action challenging his conditions of confinement

during his detention at the Maricopa County Jail.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo a dismissal under 28 U.S.C. § 1915A.  *Resnick*

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Scott's action for failure to state a claim. *See Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (elements of an Eighth Amendment conditions-of-confinement claim); *Gordon v. County of Orange*, 888 F.3d 1118, 1125 (9th Cir. 2018) (elements of a due process conditions-of-confinement claim); *LeMaire v. Maass*, 12 F.3d 1444, 1456 (9th Cir.1993) ("The Eighth Amendment requires only that prisoners receive food that is adequate to maintain health . . . .")."

Scott's motion for excerpts to be included (Docket Entry No. 8) is granted.

**AFFIRMED.**